**JUDGMENT ON PLEA OF GUILTY/NOLO CONTENDERE/NOT GUILTY**
**BEFORE COURT—WAIVER OF JURY TRIAL**

p6

CAUSE NO. __9747295__

THE STATE OF TEXAS
VS.

__Gregory Glenn Goode__
(Name of Defendant)

AKA _____

Judge Presiding: __M Peters__
Attorney for State: __R McStay__
Attorney for Defendant: __A Nolen__

☐ Defendant Waived Counsel

Offense Convicted of: __DWI__

IN THE _____ DISTRICT COURT
COUNTY CRIMINAL COURT AT LAW NO. __2__
OF HARRIS COUNTY, TEXAS

Date of Judgment: __JAN -9 1998__
Date Sentence Imposed: __JAN -9 1998__
Sentence to Begin Date: _____
Date of Offense: __11-14-97__

☒ A MISDEMEANOR, CLASS:  A  (B)  C      ☐ A FELONY, DEGREE:  SJ | 3rd | 2nd | 1st | CAPITAL

Terms of Plea Bargain (In Detail):
180 Days HCJ
1 Yr Prob
300.00 Fine

RECORDER'S MEMORANDUM:
This instrument is of poor quality and not satisfactory for photographic recordation; and/or alterations were present at the time of filming.

(Circle appropriate selection — N/A = not available or not applicable)

Plea to Enhancement Paragraph(s): 1st Paragraph: True | Not True | (N/A)   2nd Paragraph: True | Not True | (N/A)   Charging Instrument: Complaint | Indictment | (Information)

Findings on Enhancement(s): 1st Paragraph: True | Not True | (N/A)   2nd Paragraph: True | Not True | (N/A)   Plea: (Guilty) | Nolo Contendere | Not Guilty

Affirmative Findings:
Deadly Weapon: Yes | No | (N/A)    Family Violence: Yes | No | (N/A)    Hate Crime: Yes | No | (N/A)

Punishment Imposed and Place of Confinement:

__180 Days__

☒ Fine in the Amount of: $ __300.00__

(Mark all that apply)
☐ Institutional Division, TDCJ
☐ State Jail Division, TDCJ
☒ Harris County Jail
☐ Fine Only

☒ Sentence suspended, Defendant placed on community supervision for __one Yr__
☐ SEE SPECIAL INSTRUCTIONS, incorporated herein by reference.

Time Credited: ___ days toward incarceration    ___ days toward fine and costs    ___ days toward incarceration, fine and costs    COURT COSTS: $ __284.25__

(Mark appropriate selections below, if applicable)
☐ Judgment Addendum incorporated herein by reference.
☐ Driver's license is suspended for a period of _____ days/months/years.
☐ The Defendant is entitled to _____ days credit toward suspension of driver's license.

V2296 P0658

CD-003 R05/8/96                 Page 1

**(Mark appropriate selections below, if applicable)**

☐ It is ordered by the Court, that any weapon(s) seized in this case is/are hereby forfeited.

☐ Educational program waived in accordance with Article 42.12 Sec. 13 (h), upon a finding of good cause by the Court.

☐ In accordance with Section 12.44(a), Penal Laws of Texas, the Court finds that the ends of justice would best be served by punishment as a Class A misdemeanor. The Defendant is adjudged to be guilty of a state jail felony and is assessed the punishment indicated above.

☐ In accordance with Section 12.44(b), Penal Laws of Texas, the Court authorizes the prosecuting attorney to prosecute this cause as a Class A misdemeanor. The Defendant is adjudged to be guilty of a Class A misdemeanor and is assessed the punishment indicated above.

This cause being called for trial, the State appeared by her District Attorney as named above and the Defendant named above appeared in person with Counsel as named above; or the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel as indicated above, and both parties announced ready for trial. The Defendant waived his right of trial by jury, and pleaded as indicated above. Thereupon, the Defendant was admonished by the Court as required by law. It appearing to the Court that the Defendant is mentally competent to stand trial, that the plea is freely and voluntarily made, and that the Defendant is aware of the consequences of his plea; the plea is hereby received by the Court and entered of record. The Court having heard the evidence submitted, found the Defendant guilty of the offense indicated above. The Defendant was granted the right of allocution and answered nothing in bar thereof. The Court proceeded in the presence of the Defendant to pronounce sentence against the Defendant.

IT IS CONSIDERED, ORDERED AND ADJUDGED by the Court that the Defendant is guilty of the offense indicated above, and that the Defendant committed the offense on the date indicated above, and that the Defendant be punished as indicated above for the period indicated above, and that the State of Texas do have and recover of the Defendant all costs of the prosecution for which execution will issue. Further, the Court finds the Presentence Investigation, if so ordered, was done according to the applicable provisions of Art. 42.12, Sec. 9, Code of Criminal Procedure.

IT IS ORDERED by the Court that if the punishment assessed against the Defendant is confinement in the Institutional Division or the State Jail Division of the Texas Department of Criminal Justice (TDCJ) that the Defendant be delivered by the Sheriff of Harris County, Texas immediately to the Director of the Institutional Division or the State Jail Division, TDCJ, or any other person legally authorized to receive such convicts, and said Defendant shall be confined in the Institutional Division or State Jail Division, TDCJ for the period indicated above, in accordance with the provisions of the law governing the Institutional Division or State Jail Division, TDCJ. The Defendant is remanded to the custody of the Sheriff of Harris County until said Sheriff can obey the directions of this sentence.

IT IS ORDERED by the Court that if the punishment assessed against the Defendant is confinement in the Harris County Jail that the Defendant is remanded to the custody of the Sheriff of Harris County, Texas; unless the Defendant is instructed to voluntarily surrender to the Sheriff on the date the sentence is to begin, as indicated above. The Sheriff shall confine the Defendant in the Harris County Jail for the period indicated above, and until the fine and costs are fully satisfied in accordance with law.

IT IS ORDERED by the Court that if the punishment assessed against the defendant is for a fine only, the Defendant is ordered to immediately proceed to the Office of the Harris County Sheriff and pay all fine and court costs as ordered by the Court in this cause; unless the Court orders the Defendant to be committed to the custody of the Sheriff of Harris County, Texas on the date the sentence is to begin, as indicated above, to be confined in the Harris County Jail until the fine and costs are fully satisfied in accordance with law.

IT IS ORDERED by the Court that the sentence indicated above is to be executed, unless it is indicated above that the sentence is to be suspended, and if so, the Defendant is placed on community supervision for the period indicated above pending his abiding by and not violating the terms and conditions of his community supervision.

IT IS ORDERED by the Court that this sentence runs concurrent with any other sentence(s) unless it is indicated on the Judgment Addendum that the sentence is to run cumulatively.

Signed and entered on _____ JAN - 9 1998 _____

X _____
PRESIDING JUDGE

Probation Expires: __1-8-99__

Notice of Appeal: _____

Mandate Received: _____

After Mandate Received, Sentence to Begin Date is: _____

Received on _____ at _____ AM | PM.
Sheriff, Harris County, Texas

By: _____ Deputy

Entered __23m599__
Verified __Dm__
LCBT __ms__
LCBU __Dm__

SPECIAL INSTRUCTIONS OR NOTES: _____

_____
_____
_____

Defendant's Right Thumbprint

V22296 P0659

CD-003 R05/8/96

Page 2

CAUSE NO. 9747295

THE STATE OF TEXAS                                  IN COUNTY CRIMINAL COURT

VS.                                                 AT LAW NO. 2

Gregory Glenn Goode                                 OF HARRIS COUNTY, TEXAS

## CONDITIONS OF PROBATION

*180 Days Prob*

On this the __9__ day of __January__, 19__98__ the defendant being granted __1__ days/months/**years** probation for the misdemeanor offense(s) of __DWI (Sec 3)__ with Article 42.12 of the Texas Code of Criminal Procedure is hereby ordered to abide by all of the following conditions and terms of probation during the period of probation.

It is therefore ORDERED that the defendant shall follow and abide by conditions 1 through 8, and all additional conditions identified by a (X) or check (✓) mark.

(1) Abide by both the rules and regulations of the Harris County Community Supervision and Corrections Department (hereafter referred to as HCCS & CD) and the following conditions of probation during the term of probation.

(2) Commit no offense against the laws of this or of any other state or of the United States.

(3) Avoid injurious or vicious habits. You shall not use, possess, or consume any controlled substance, narcotic, dangerous drug or marijuana unless prescribed pursuant to a lawfully written physician's order of prescription; to wit:_____.

(4) Avoid persons or places of disreputable or harmful character, specifically _____.

(5) Report in person to the probation officer for the Harris County Criminal Court at Law No. __2__ on the __9__ day of __January__, 19__98__, and continue to report to the supervising probation officer on the __9__ day of each month thereafter or as directed by the probation officer for the remainder of the probation unless so ordered differently by the Court.

(6) Permit the probation officer to visit you at your home, or place of employment, or as required by the Court.

(7) Work faithfully at suitable employment and present written verification of employment (including all attempts to secure employment) once each month on the reporting date.

(8) Remain within a specified place, to wit: __Harris__ County, Texas. Notify the probation officer orally and in writing of any change in your home address within 48 hours of the change. You are not to travel outside of __Harris__ County, Texas without first receiving prior written permission from the Court through your probation officer.

[✓] (9) Pay your fine, if one be assessed, and all court cost, whether a fine be assessed or not, in installments to wit: pay $__554.25__ fine and/or cost at the rate of $__50.00__ per __month__ beginning on __2-9-98__ and to continue on the __9__ day of each month thereafter, to the Sheriff of Harris County, Texas through HCCS & CD until the total sum is paid in full.

[ ] (9a) Pay your fine, if one be assessed, and all court cost, whether a fine be assessed or not, in one lump sum on _____, 19 ____.

[ ] (10) Pay restitution or reparation in any sum that the court shall determine, to wit: pay $_____ restitution, at the rate of $_____ per _____ beginning on _____ and to continue on the _____ day of each month until the total sum is paid in full thereafter to: _____
_____;
payable through HCCS & CD.

CCCL-23 REV. 12-94            White-Original    Yellow-CSCD    Pink-Probationer

Conditions of Probation page 2 of 4

[✓] (11) Pay a supervisory fee to the HCCS & CD in the amount of $ 25.00 per month beginning on the 9 day of February, 19 98 and to continue on the 9 day of each month thereafter during the probationary period, unless ordered to do otherwise by the court.

[ ] (12) Support your dependents as provided by law. Provide your probation officer with a certified copy of any and all Court orders requiring payment of child support.

[ ] (13) Reimburse Harris County, Texas for compensation paid to your Court-appointed attorney in this matter in the total sum of $_____ payable through the HCCS & CD at the rate of $_____ on the _____ day of each month beginning on the _____ day of _____, 19____ and continuing until the total sum is paid in full.

[ ] (14) Pay a percentage of your income to the victim of the offense in the total sum of $_____ payable through the HCCS & CD at the rate of $_____ on the _____ day of _____, 19____ and continuing until the total sum is paid in full.

[ ] (15) Pay $_____ (not to exceed $50.00) to Crime Stoppers of Houston Area at the rate of $_____ per month beginning _____ through the HCCS & CD.

[✓] (16) Submit yourself to random urine specimen analysis by authorized personnel for the HCCS & CD including any department with courtesy supervision jurisdiction and reveal to said authorized personnel proof of any medication legally prescribed for you prior to submitting a specimen.

[ ] (17) Pay a Laboratory processing fee to the HCCS & CD in the amount of $_____ per month for urine specimen analysis ordered herein beginning the _____ day of _____ and to continue until further order of this court.

[✓] (18) Maintain a financial responsibility to satisfy the requirements of Article 6701h, Revised Statutes and furnish evidence of such financial responsibility when requested to do so by a peace officer, the court or an employee of HCCS & CD.

[✓] (19) Attend and successfully complete, with 180 days from the date probation is granted, an approved alcohol and drug education program as required by V.A.C.C.P. Art. 42.12, Sec. 13.

[✓] (20) Submit yourself to an alcohol/drug evaluation by Salce and if ordered to attend and participate in an approved treatment program by the court through the HCCS & CD, you are to attend and participate in such a program and submit written proof thereof to your probation officer, if required by the court.

[ ] (21) Participate in the Community-based Program, _____ Anonymous Meetings, attending _____ meetings per _____, beginning _____ and continue participation until further order of this Court. Written verification of each meeting attended must be presented to probation officer, to be retained in probation file.

[ ] (22) Attend and successfully complete an alcohol/drug treatment program at _____ as recommended. Written verification must be presented to probation officer, to be retained in probation file.

[✓] (23) Do not drive or operate a motor vehicle in Texas without a valid Texas Driver's License.

[ ] (24) You are only to operate a motor vehicle equipped with a deep-lung breath analysis mechanism to make impractical the operation of the motor vehicle if ethyl alcohol is detected in your breath and abide by the rules and regulations of the HCCS & CD Program beginning _____ until further order of the Court.

[ ] (25) Submit to an evaluation of your educational skill level and if it is determined that you have not attained the average skill of students who have completed the sixth grade in public schools in this state, you shall participate in the HCCS & CD program that teaches functionally illiterate persons to read.

[ ] (26) Participate in and successfully complete the Community-based program, G.E.D. Program. Written verification upon entrance and completion of the program must be provided to a probation officer, to be retained in probation file. Enrollment to begin by _____.

[✓] (27) Participate in a community service program, Community Service Restitution administered through the HCCS & CD. You shall perform a total of 40 hours, at the rate of 10 hours per month beginning Feb 1998.

[ ] (28) Report in person to Harris County Criminal Court at Law No. _____ on the first business day of each month for the next _____ months(s).

[✓] (29) Attend a D.W.I. Victim Impact Panel by 45 Days

CCCL-23 REV. 12-94        White-Original    Yellow-CSCD    Pink-Probationer

[ ]    (30)    Participate in the HCCS & CD Victim Offender Restitution Program (VORP) beginning _____. You shall report to the HCCS & CD upon leaving the court this date, or upon release of custody to schedule a mediation session.

[ ]    (31)    Participate in the HCCS & CD Alcohol/Drug Abuse Intervention Program beginning _____ until terminated by the Court, or upon successful completion and discharge.

[ ]    (32)    Participate in an evaluation and treatment or counseling program through a Domestic Violence/Sexual Offender Treatment Program beginning on _____ until successfully discharged.

[ ]    (33)    Serve _____ days in the Harris County Jail as a condition of probation beginning on _____ at _____.

[ ]    (34)    Participate in Electronic Monitoring through HCCS & CD for _____ days beginning the date electronic monitoring is installed on your person.

[ ]    (35)    Instead of sentencing to a period of incarceration, you are committed to the community based facility, _____ beginning _____ where you will faithfully participate and complete the program. You are to remain in that facility under custodial supervision and comply with all rules, regulations, and contracts of the facility until successfully discharged or until further order of the court. If you are found to be medically unfit then you are to participate in the Super Intensive Probation Program.

[ ]    (36)    Participate in the community based program, the HCCS & CD Supervision and Super Intensive Probation Program for a period of no less than 90 days beginning _____ and faithfully follow all guidelines and instructions until successfully discharged or until further order of the court.

[✓]    (37)    Abide by TIER 2 guideline if at any time it is assessed by HCCS & CD that you require maximum supervision.

[ ]    (38)    Register as a Sexual Offender as required under Article 6252-13c.1 Revised Statutes.

[ ]    (39)    Reimburse the _____ in the amount of $_____

[ ]    (40)    Participate in the Weapons Education Safety Training (W.E.S.T.) Program by _____.

[ ]    (41)    If you are pregnant and have chosen to carry your baby through birth, you shall obtain prenatal care, post partum care and follow up pediatric care. You may obtain this care under the direction of the physician of your choice, or if you cannot afford prenatal and post partum care you shall participate in the prenatal/post partum care through The Shoulder, as directed by your probation officer. Pediatric follow up will be arranged after your delivery.

[ ]    (42)    Participate in the anti shoplifting/anti theft class.

[ ]    (43)    You are to have no contact with complaining witness.

[ ]    (44)    You are to prepare and send a letter of apology to: _____.

[ ]    (45)    You are to make donations to: _____.

[ ]    (46)    You are to attend AIDS Awareness.

[ ]    (47)    You are to be released to the personnel of the Harris County Community Supervisions and Corrections Department only and be committed to the Assessment and Diagnostic Unit of the Harris County Community Supervisions and Corrections Department pending your confinement and treatment in the designated Community Corrections Facility. You are to remain in custodial supervision and comply with all rules, regulations, and contracts of the Unit until you are confined in the designated Community Corrections Facility.

Unofficial Copy Office of Chris Daniel District Clerk

V2296 P0662

Conditions of Probation page 4 of 4

[ ]   (48) _____
_____
_____
_____
_____
_____
_____
_____

You are hereby advised that under the law of this State, the court shall determine the terms and conditions of probation, and may at any time during the probation, alter or modify the conditions of probation.

The court also has the authority at anytime during the period of probation to revoke the probation when a preponderance of the evidence establishes a violation of one or more of the conditions set forth above. The Clerk of the Court has furnished me with a copy of the terms and conditions of probation.

_____
Signature of Defendant

Signed and Entered this the __9__ day of __January__, A.D. 19_98_

Probation expired the __8__ day of __January__, A.D. 19_99_

_____
Judge

_____
Right Thumbprint

CCCL-23 REV. 12-94        White-Original    Yellow-CSCD    Pink-Probationer