**072375701010 - The State of Texas vs. GOODE, GREGORY GLENN (Court 232)**

Print All 
(non-financial)

| Summary | Appeals | Bonds | Activities | Bookings/Holds | Criminal History | Witness | Parties |
| Restitu/Copies Fees | Settings | Court Registry | Related Cases | Aliases | Payment Plan | Images | |

Print Summary

Link to DA Video Evidence Sytem – by clicking on this link, you will be leaving the District Clerk site and going to the District Attorney site.

### Case (Cause) Summary

| | |
|---|---|
| Case | 072375701010 - 3 |
| File Date | 5/26/1996 |
| Case (Cause) Status | Dismissed |
| Offense | BURGLARY OF HABITATION |
| Last Instrument Filed | CRCM |
| Case Disposition | DISMISSED |
| Case Completion Date | 7/10/1996 |
| Defendant Status | DISPOSED |
| Bond Amount | $10,000.00 |
| Next/Last Setting Date | 7/10/1996 |

Link to DA Video Evidence Sytem – by clicking on this link, you will be leaving the District Clerk site and going to the District Attorney site.

### Defendant Details

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'09 / 205 LBS |
| Eyes | BLU | | |
| Skin | MED | Hair | BLN |
| DOB | 9/25/1977 | Build | MED |
| US Citizen | Yes | In Custody | N |
| | | Place Of Birth | TX |
| Address | 800 MEADOWBROOK BAYTOWN TX77521 | | |
| Markings | SC BACK | | |

### The Current Presiding Judge

| | |
|---|---|
| Current Court | 232nd |
| Address | 1201 Franklin (Floor: 16) Houston, TX 77002 Phone:7137556778 |
| JudgeName | Mary Lou Keel |
| Court Type | Criminal |