

# COUNTY ATTORNEY
Fort Bend County, Texas

ROY L. CORDES, JR.
County Attorney

(281) 341-4555
Fax (281) 341-4557

April 17, 2018

David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Re: Civil Action No.: 4:17-cv-1408; In the United States District Court for the Southern Division of Texas-Houston Division; Monica Voss, Plaintiff v Fort Bend County, Texas and Gregory G. Goode, Defendants.

Dear Mr. Bradley

Enclosed for physical filing is an original document, already on file electronically with PACER in the above-referenced case as     The Affidavit of Deputy Fort Bend County Sheriff Lieutenant Bradley Whichard, attaching three envelopes marked Exhibits "A," "B," and "C" and each containing a certified copy of three DVD's that contain audio and/or video files which we are tendering into evidence in connection with a Motion for Summary Judgment filed by Defendant Goode.

Please file these DVD's and make sure they get to Judge Lake.

Please do not hesitate to call if you have any questions or concerns regarding this matter.

Very truly yours,

Salvatore P. LoPiccolo, II
Assistant County Attorney
SBN: 12571000
Federal ID No. 9959

301 Jackson St., Suite 728 • Richmond, TX 77469-3108

David J. Bradley
Clerk of Court
Page 2
April 17, 2018

CC: with Enclosures

Randall L. Kallinen
511 Broadway Street
Houston, Texas 77012
Attorney for Plaintiff