United States District Court
Southern District of Texas

**ENTERED**

May 09, 2018

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MONICA VOSS, | )( | Civil Action No.: 4:17-cv-1408 |
| | )( | |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | **JURY TRIAL** |
| | )( | |
| FORT BEND COUNTY, TEXAS; and | )( | |
| GREGORY G. GOODE, *Individually,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## ORDER

On this day came on to be considered PLAINTIFF'S MOTION FOR CONTINUANCE

TO CONDUCT DISCOVERY and the motion is GRANTED.

It is ORDERED that plaintiff ~~can~~ may take the deposition of Defendant Goode as well as

Phillip McGuigan and Jerome Ellis. by May 28, 2018.

It is ORDERED that the personnel files of Goode, McGuigan and Ellis be produced by May 21, 2018.

It is ORDERED that all scene videos be produces in unedited form. by May 21, 2018.

DATE:

_____5-9_____, 2018      _____

Honorable Nancy K. Johnson
U.S. Magistrate Judge
U.S. Southern District of Texas

*ORDER*