IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Monica Voss, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Civil Action No.: 4:17-cv-1408 |
| | § | |
| Fort Bend County, Texas; | § | JURY TRIAL DEMAND |
| Gregory G. Goode, Individually, | § | |
| | § | |
| *Defendants,* | § | |

## NOTICE OF PRIOR PROVISION OF UNEDITED AUDIO/VIDEO

Pursuant to the Court's May 9, 2018 Order (Doc. 31), the Court is advised that unedited audio/video files have been previously provided to counsel for Plaintiff on three separate occasions, on the following dates and manners:

1. By DVD transmitted under cover of first class letter dated and mailed July 19, 2017.

2. By DVD transmitted under cover of *Defendants' Initial Disclosures* served by U.S. Mail on August 25, 2017.

3. By DVD made an attachment to the business record affidavit of Lt. Whichard (Doc. 25-4) to Defendant Goode's *Motion for Summary Judgment* (Doc. 25) filed April 17, 2018. See Doc. 25-4-Exhibits A, B and C.

Accordingly, there has been full compliance with the Court's Order of May 9, 2018 (Doc. 31). In each case the audio/video files are <u>unedited</u> and are <u>identical</u> to the files uploaded at the time of the events in suit.

        Respectfully submitted,

        s/ Sal P. LoPiccolo, II/
        SALVATORE P. LoPICCOLO, II
        Assistant County Attorney
        SBN: 12571000
        Federal ID No. 9959
        301 Jackson Street (Mail)
        401 Jackson Street (Office)
        Richmond, Texas 77469
        (281) 341-4555
        (281) 341-4557 Facsimile
        Sal.LoPiccolo@fortbendcountytx.gov
        ATTORNEY-IN-CHARGE FOR
        DEFENDANT GREGORY GOODE

## CERTIFICATE OF SERVICE

I hereby certify that I have served this instrument on all known counsel of record, or parties appearing pro se, in one of the manners as is authorized by the Federal Rules of Civil Procedure on May 16, 2018.

        s/Sal P. LoPiccolo, II/
        _____

        Salvatore P. LoPiccolo, II