# EXHIBIT 2

## EXHIBIT 2 IS A DVD DISC DELIVERED TO THE CLERK