IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MONICA VOSS,** | )( | Civil Action No.: 4:17-cv-1408 |
| | )( | |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | **JURY TRIAL** |
| | )( | |
| **FORT BEND COUNTY, TEXAS;** and | )( | |
| **GREGORY G. GOODE,** *Individually,* | )( | |
| | )( | |
| *Defendants.* | )( | |

### ORDER

On this day came on to be considered DEFENDANT GOODE'S MOTION FOR SUMMARY JUDGMENT and the motion is DENIED.

DATE:

_____, 2018        _____
                                                                                  **HONORABLE NANCY K. JOHNSON**
                                                                                  **U.S. Magistrate Judge**
                                                                                  **U.S. Southern District of Texas**

*ORDER*