# EXHIBIT
# 1

**LoPiccolo, Sal**

| | |
|---|---|
| **From:** | Randall L. Kallinen <attorneykallinen@aol.com> |
| **Sent:** | Thursday, May 17, 2018 5:46 AM |
| **To:** | LoPiccolo, Sal |
| **Subject:** | Re: Voss v. Goode-recordings |

Don't waste our time.


Sincerely,
Randall L. Kallinen
Law Office of Randall L Kallinen PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.

---

On Wednesday, May 16, 2018 LoPiccolo, Sal <Sal.LoPiccolo@fortbendcountytx.gov> wrote:

Then it looks like I will have to move for sanctions and/or a spoliation instruction because she clearly told the peace officers on scene that she was making recordings that evening.

---

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Wednesday, May 16, 2018 5:41:16 PM
**To:** LoPiccolo, Sal
**Subject:** Voss v. Goode-recordings


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Sal,

1

Plaintiff has no recordings of the events other than those received from defendants.

Sincerely,

Randall L. Kallinen

Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713.320.3785
FAX:          713.893.6737
Email:        AttorneyKallinen@aol.com


WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.


Report This Message as Spam to FBCIT

Report This Message as Phishing to FBCIT

**Attach the message to the E-Mail**

Right-Click the Spam/Phish message (not the text) copy and paste into the body of the new message. Should show as an envelope under attachments.


Report This Message as Spam to FBCIT

Report This Message as Phishing to FBCIT

**Attach the message to the E-Mail**

Right-Click the Spam/Phish message (not the text) copy and paste into the body of the new message. Should show as an envelope under attachments.