LAW OFFICE OF

# KALLINEN LAW PLLC

## ATTORNEY & COUNSELOR AT LAW

*511 Broadway Street, Houston, Texas 77012*
*Telephone: 713.320.3785 FAX: 713.893.6737*
*E-mail: AttorneyKallinen@aol.com*

United States Courts
Southern District of Texas
**FILED**

**JUL 0 3 2018**

David J. Bradley, Clerk of Court

Licensed in all Texas Courts, the U.S. Supreme Court,
U. S. District Courts for the Southern, Eastern and
Western Districts of Texas and the United States
Court of Appeals for the Fifth Circuit

**July 3, 2018**

Clerk
U.S. District Court for the Southern District of Texas
Houston Division
515 Rusk
Houston, TX 77012

*VIA ECF*
**Re:**       **Civil Action No.: 4:17-cv-1408;** *Voss v. Ft. Bend Cty., et al., Exhibit 2 DVD to Plaintiff's Response to Motion for Summary Judgment*

Dear Clerk,

    For filing in the above titled and numbered cause please find Exhibit 2 (a DVD) to Plaintiff's Response to Motion for Summary Judgment.

    Thank you.

SINCERELY YOURS,

/s/ Randall L. Kallinen
RANDALL L. KALLINEN

encl./attachment(s): a DVD
RLK/ms
cc:       Sal LoPiccolo

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

Voss                                        §
                                            §
v.                                          §    **CASE NUMBER**   4:17cv1408
                                            §
Ft. Bend City                               §
                                            §

Exhibit 2 DVD to Plaintiff's Response to Motion for Summary Judgment

**DOCUMENT IS:**

☑  **LOOSE IN FILE**

☐  **IN VAULT SEALED**

☐  **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**

