IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONICA VOSS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-17-1408 |
| GREGORY G. GOODE, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 40) dated February 4, 2019, Plaintiff's Response in Opposition to Defendant Goode's Motion for Summary Judgment (Docket Entry No. 41), Defendant Goode's Reply to Plaintiff's "Objections" to the Magistrate's Memorandum and Recommendation (Docket Entry No. 42), and Plaintiff's Objections to the Magistrate's Report and Recommendation (Docket Entry No. 43), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation (Docket Entry No. 40) is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 20th day of February, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE