# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 19, 2020



United States Courts
Southern District of Texas
FILED
MAY 26 2020
David J. Bradley, Clerk of Court

No. 19-20167      Monica Voss v. Gregory Goode, et al
                  USDC No. 4:17-CV-1408

Dear Mr. Bradley,

The following are returned:

Electronic Record on Appeal,  ( 3 ) Vols. Pleadings and ( 1 ) Vol. of Transcript

Original Exhibits,      ( ) Box   (1) Env.   ( ) Package

Sincerely,

LYLE W. CAYCE, Clerk

By: *Dawn Shulin*
Dawn M. Shulin, Deputy Clerk
504-310-7658